NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UPPER FREEHOLD REGIONAL BOARD OF EDUCATION, :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>T.W., M.W., o/b/o T.W., :<br>:<br>Defendants. : | Civil Action No. 09-cv-1847 (JAP)<br><br>**ORDER** |

Pursuant to the September 7, 2012 Judgment and the October 1, 2012 Mandate of the Court of Appeals for the Third Circuit in Appeal No. 11-2151,

**IT IS** on this 3rd day of October, 2012,

**ORDERED** that the District Court's Order of March 31, 2011 [docket entry # 52] is VACATED; and it is further

**ORDERED** that the Clerk of the Court reopen this matter.

/s/ Joel A. Pisano
JOEL A. PISANO
United States District Judge