UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UPPER FREEHOLD REGIONAL BOARD OF EDUCATION,**<br><br>             Plaintiff,<br><br>      v.<br><br>**T.W., et al.,**<br><br>             Defendants. | Civil Action No. 09-1847 (JAP)<br><br><br><br>**PRETRIAL SCHEDULING ORDER** |

**THIS MATTER** having come before the Court on **October 16, 2012**, for a telephone conference; Cherie L. Adams, Esq. of Adams Stern Gutierrez & Lattiboudere, LLC, on behalf of Plaintiff; and Pedro L. De Oliveira, Esq. of Debevoise & Plimpton, LLP, appearing on behalf of Defendants; and for good cause shown,

**IT IS** on this **18th** day of **October, 2012,**

**ORDERED** that a Settlement Conference will be conducted by the undersigned, at the Clarkson S. Fisher United States Courthouse, Trenton, New Jersey on **November 1, 2012 at 2:00 p.m. Counsel and parties with full authority to settle the case are to be present.** Any failure in this regard shall result in the imposition of sanctions; and it is further

**ORDERED** that three days before the Settlement Conference, each party is to submit to Chambers a confidential letter, on an *ex parte* basis, not to exceed five pages in total, summarizing the relevant facts, the respective legal positions, the status of the case, and the party's position of settlement, including any settlement discussions that have taken place in anticipation of the Settlement Conference; and it is further

**ORDERED** that dispositive motions may be filed by no later than **November 21, 2012** and made returnable by **December 17, 2012**.  Counsel are to notify Chambers within five days of a decision on any dispositive motions if the decision does not resolve all issues in the case.

*/s/ Lois H. Goodman*

**LOIS H. GOODMAN**
**United States Magistrate Judge**
