ADAMS STERN GUTIERREZ & LATTIBOUDERE, LLC
1037 Raymond Boulevard – Suite 900
Newark, New Jersey 07102
(973) 735-2742
Attorneys for Plaintiff
Upper Freehold Regional Board of Education

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UPPER FREEHOLD REGIONAL BOARD OF EDUCATION,<br><br>Plaintiff,<br><br>v.<br><br>M.W. and T.W. o/b/o T.W.,<br><br>Defendant(s). | Civil Action No.: 3:09-cv-01847-JAP-LHG<br><br>**PROPOSED PRETRIAL**<br>**SCHEDULING ORDER** |

THIS MATTER having been brought before the Court by Adams Stern Gutierrez & Lattiboudere, LLC, (Cherie L. Adams, Esq.), attorneys for Plaintiff, Upper Freehold Regional Board of Education and Debevoise & Plimpton LLP (Pedro DeOliveira, Esq.) attorneys for Defendants, M.W. and T.W. o/b/o T.W.; and for good cause having been shown:

IT IS on this 20th day of November, 2012, **ORDERED** that dispositive motions, except for any motion for attorneys' fees, may be filed by no later than **January 11, 2012** and made returnable by **February 4, 2012**. Any motion for attorneys' fees shall be filed after other dispositive motions are decided by the Court."

HON. LOIS H. GOODMAN, U.S.M.J.

This motion was:

_____ Opposed

__X__ Unopposed