UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UPPER FREEHOLD REGIONAL BOARD OF EDUCATION, | Civ. No. 3:09-cv-01847-JAP-LHG |
| Plaintiff, | |
| v. | [PROPOSED] PRETRIAL SCHEDULING ORDER |
| T.W. and M.W. o/b/o T.W. | |
| Defendants. | |

**THIS MATTER** having been brought before the Court by Adams Stern Gutierrez & Lattiboudere, LLC (Cherie L. Adams, Esq.), attorneys for Plaintiff, Upper Freehold Regional Board of Education, and Debevoise & Plimpton LLP (Pedro De Oliveira, Esq.), attorneys for Defendant M.W. o/b/o T.W.; and for good cause having been shown:

IT IS on this 27th day of December, 2012, **ORDERED** that dispositive motions, except for any motion for attorneys' fees, may be filed by no later than **February 8, 2013** and made returnable by **March 4, 2013**. Any motion for attorneys' fees shall be filed after other dispositive motions are decided by the Court.

HON. LOIS H. GOODMAN, U.S.M.J.

This motion was:
____ Opposed
____ Unopposed