# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

March 12, 2013

VIA ECF

Hon. Joel A. Pisano
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

      Re:    Upper Freehold Reg'l Bd. of Educ. v. T. W. and M.W. o/b/o T.W.
              (Civ. No. 3:09-cv-01847-JAP-LHG)

Dear Judge Pisano:

      As per my conversation today with Chambers, Defendant M.W. respectfully requests a 60-day extension of the deadline for requesting restoration of the above captioned matter to the Court's calendar, from March 19, 2013 to May 18, 2013. The parties have been collaborating on a written settlement agreement but the additional time would allow them to finalize its approval. Counsel for Plaintiff has consented to this request.

                                    Respectfully submitted,

                                      /s/ Pedro De Oliveira
                                    Pedro De Oliveira
                                    Debevoise & Plimpton LLP
                                    919 Third Avenue
                                    New York, NY 10022
                                    (212) 909-6645
                                    pdeolive@debevoise.com

cc:     Cherie L. Adams (via ECF)
         Denise Lanchantin Dwyer (via ECF)