# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

RECEIVED

MAR 1 8 2013

AT 8:30_____M
WILLIAM T. WALSH
CLERK

March 12, 2013



So ordered.

VIA ECF

Hon. Joel A. Pisano
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

Re:   Upper Freehold Reg'l Bd. of Educ. v. T. W. and M.W. o/b/o T.W.
      (Civ. No. 3:09-cv-01847-JAP-LHG)

Dear Judge Pisano:

As per my conversation today with Chambers, Defendant M.W. respectfully requests a 60-day extension of the deadline for requesting restoration of the above captioned matter to the Court's calendar, from March 19, 2013 to May 18, 2013. The parties have been collaborating on a written settlement agreement but the additional time would allow them to finalize its approval. Counsel for Plaintiff has consented to this request.

Respectfully submitted,

/s/  Pedro De Oliveira
Pedro De Oliveira
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
(212) 909-6645
pdeolive@debevoise.com

cc:   Cherie L. Adams (via ECF)
      Denise Lanchantin Dwyer (via ECF)